14

STATE of Missouri, Respondent,

v.

Raymond OWENS, Appellant.

No. WD 37017.

Missouri Court of Appeals,
Western District.

June 17, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

David S. Durbin, Asst. Public Defender,
Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE
and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from jury trial conviction for robbery in the second degree, § 569.030, RSMo. 1978, and sentence of eight years imprisonment.

Judgment affirmed. Rule 30.25(b).

All concur.

Jimmy Lee WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37417.

Missouri Court of Appeals,
Western District.

June 17, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

David J. Fry, Asst. Public Defender,
Kansas City, for appellant.

Kevin B. Behrndt, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and TURNAGE
and KENNEDY, JJ.

**ORDER**

PER CURIAM.

Appeal from denial after evidentiary hearing of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).